1   PATRICIA BARBOSA, Esq. (SBN 125865)
2   BARBOSA GROUP
    201 Avenida Salvador
3   San Clemente, CA 92672
    Tel: (949) 369-9006
4   Fax: (949) 369-1060
    Barbosagrp@aol.com
5
6   JORDON METZ, Esq. (SBN 167355)
    MARGARET BYRNE IKEDA, Esq. (SBN 222303)
7   GOODMAN & METZ
    17043 Ventura Blvd.
8   Encino, CA 91316
    Tel: (818) 386-2889
9   Fax: (818) 986-2889
    Jordon@goodmanmetz.com
10
11  Attorneys for Plaintiff
    ARNIE T. PIKE
12

13                 UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
14

15  ARNIE T. PIKE                    ACTION NO.  CV08-08582 GW (AGRx)

16            PLAINTIFF              Civil Rights

17  v.                              **COMPLAINT FOR DAMAGES AND
                                    INJUNCTIVE RELIEF:** DENIAL OF
18  PLACENTIA LIBRARY DISTRICT;     DISABLED ACCESS TO PUBLIC
    AND DOES 1-10; INCLUSIVE,       FACILITIES; AMERICANS WITH
19                                  DISABILITIES ACT, TITLES II; CAL
                                    GOV. CODE §§ 4450 *et seq.*; CAL
20            DEFENDANTS.           CIVIL CODE §§ 51, 54 and 54.1

21

22                                  DEMAND FOR JURY TRIAL

23

24

25

26                        /

27

28

Complaint for Injunctive Relief and Damages                    — 1 —

Plaintiff ARNIE T. PIKE ("Plaintiff") complains of Defendants

PLACENTIA LIBRARY DISTRICT; AND DOES 1 through 10 Inclusive

("Defendants"), and alleges as follows:

## INTRODUCTION

1.    On information and belief, the Placentia Library was established in 1920 as a reading room, but was newly construction at its present location on or about 1973 by Defendant Placentia Library District ("District"), which owns, operates and manages the Placentia Library ("Library"). The Placentia Library is located at 411 E. Chapman on the same grounds as the City of Placentia City Hall and Placentia Police Department in the City of Placentia, County of Orange. Plaintiff, ARNIE T. PIKE ("Plaintiff"), is a long-time resident of Placentia, and a frequent visitor to the Library and participant in community activities offered by the District and the City of Placentia at the Placentia Library.

2.    Plaintiff is a quadriplegic disabled wheelchair user who has been denied equal protection of the law and of the protection of civil rights under federal and state laws because of physical barriers and due to the District's to remove architectural barriers, and modify its policies and procedures to ensure that Plaintiff and other disabled persons are able to benefit from and participate in the District's programs, services and activities. On information and belief the Library's public facilities are owned, operated, controlled and/or maintained by the District and Does 1-10 and are not "readily accessible to and useable by" persons with disabilities, despite years of actual notice of the inaccessible conditions, demonstrating Defendants' deliberate indifference and/or intentional

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages                                    − 2 −

discrimination toward Plaintiff. Plaintiff seeks injunctive relief to require

Defendants to remove architectural and communication barriers at the Library

that discriminate against Plaintiff on the basis of his disability, including but not

limited to barriers in the public restrooms and modification of Library programs,

services and activities. Plaintiff also seeks an award of damages, and reasonable

attorney fees and expenses for bringing this important public interest action.

**JURISDICTION AND VENUE**

3.     The ADA, 42 U.S.C. § 12101, et seq., confers jurisdiction on

this Court over Plaintiff's claims, regardless of the amount in controversy.

4.     This Court has subject matter jurisdiction of this action pursuant

to 28 U.S.C. §§ 1343(3). Additionally, this Court has jurisdiction over the public

accommodations named in this action pursuant to 28 USC §1331 for violations of

the ADA, 42 USC §§12101 *et seq*. Pursuant to pendant jurisdiction, attendant and

related causes of action, arising from the same facts, are also brought under

California law, including but not limited to violations of California Government

Code §§4450 *et seq*.; California Code of Regulations, Title 24-2 ("Title 24-2"); and

California Civil Code §§ 51, 54, and 54.1.

5.     Under the doctrine of supplemental jurisdiction, this Court has

jurisdiction over Plaintiff's claims arising under California state law.

6.     The case should be assigned to the Santa Ana intradistrict court

as the real property which is the subject of this action is located in the City of

Placentia, in the County of Orange, and Plaintiff's causes of action arose in the City

of Placentia.

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-0000
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages
— 3 —

**PARTIES**

7.     Plaintiff is a "qualified person with a disability" and a "physically disabled person" eligible for the protections provided under the ADA, Section 504, and California civil rights laws. Plaintiff challenges Defendants' continued operation of public facilities, accommodations and related facilities at the Library that wrongfully deny access to and public participation by Plaintiff, and to all other similarly disabled persons who require the use of wheelchairs for mobility. Plaintiff brings this action on his own behalf, and as a private attorney general on behalf of other disabled persons who require accessible facilities in public accommodations. Plaintiff was, and has been, and continues to be denied full and equal access under federal and state law, including California Government Code 4450 *et seq.*, Title II of the ADA, and California Civil Code §§ 51, 54 and 54.1, due to discriminatory policies and inaccessible Library facilities provided by Defendants to the general public, but inaccessible to Plaintiff and other wheelchair users. Plaintiff is a long-time resident of City of Placentia who visits the Library regularly and wishes to participate in programs and services offered by the District and the City of Placentia at the Library.

8.     On information and belief, Defendant District and Does 1-10, are public entities and/or employees or agents of Defendant District and are subject to Title II of the ADA, and the requirements of California State law requiring full and equal access to public facilities, and to all other legal requirements referred to in this complaint.

9.     Plaintiff does not know the identities of Doe Defendants 1-10 at

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages                               – 4 –

1    this time and prays leave to substitute the true names of each such Doe Defendant

2    when they have been ascertained.  Plaintiff does not know the relative

3    responsibilities of Defendant Does 1-10 in the design, construction, ownership,

4    maintenance, and operation of each of the facilities and public accommodations

5    complained of, and alleges a joint venture and common enterprise by Defendants,

6    but alleges that all such Defendants had some form of control or legal responsibility

7    for the design, construction, maintenance, ownership of the public accommodations

8    and facilities and/or the operation of the programs and services offered at the

9    Placentia Library during periods of time relevant to this complaint.  After

10   appropriate discovery, Plaintiff will seek leave of the Court to amend this complaint

11   to identify said DOE Defendants when such Defendants' true names and capacities

12   have been ascertained.

13

14

15   **GOVERNMENT CLAIMS FILED** (With regard to claims for damages under

16   California state law.)

17

18          10.    Plaintiff made timely claims for damages under state law to

19   the Defendant Placentia Library District. Defendant Placentia has failed to

20   approve or deny the claim within the time required by statute, and therefore the

21   claim is deemed denied by operation of law.

22

23   **FACTUAL BASIS FOR COMPLAINT**

24          11.    For several years prior to filing his complaint, Plaintiff has

25   complained to the Library and District staff regarding barriers at the Library and the

26   District's responsibilities under state and federal law to remove access barriers and

27   to ensure that each of the programs, services and activities offered to able-bodied

28   visitors to the Library be operated in a manner that was readily accessible to and

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9000
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages                                    — 5 —

1   useable by persons with disabilities.

2       12.   Plaintiff has notified Defendant District that he and other

3   similarly disabled persons were being deterred from using and benefiting from the

4   District's programs, services and activities, due to the lack of accessible

5   restrooms and other related public facilities at the Library.  Defendants have

6

7   failed to remove physical barriers, and failed to modify their programs, services

8   and policies to ensure that each of their programs, services and activities are

9   operated in a manner that are readily accessible to and useable by persons with

10  physical disabilities.  The lack of any accessible public restrooms serving the

11  Library renders the facilities inaccessible and makes the programs and services

12

13  offered by Defendants at the Library not accessible to and usable by Plaintiff  and

14  other disabled persons who must leave the Library to seek an accessible restroom

15  elsewhere.

16      13.   On information and belief, Defendant District has constructed,

17  renovated, or altered the public facilities at the Placentia Library, including the

18  public restrooms since 1968 without ensuring that they were accessible to and

19  usable by persons with disabilities in violation of California Government Code

20  §4450, and have constructed, renovated, or altered area of primary function at the

21  Placentia Library, including the public restrooms since 1990 without ensuring that

22  the facilities were accessible to and usable by disabled persons in violation of

23  American with Disabilities Act Accessibility Guidelines ("ADAAG"), and failed to

24  modify the Library's programs and services in a manner that would make them

25  readily accessible to persons with disabilities in violation of Title II of the ADA.

26  The public facilities at the Library that Plaintiff is unable to safely use include the

27  men's restroom, which is completely inaccessible with, 1) door knob hardware; 2)

28

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9008
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages                    — 6 —

1  lack of strike edge clearance at the door which can trap wheelchair users; 3) lack of
2  grab bars in the toilet; 4) lack of accessible lavatory; 5) and a designated
3  "accessible" toilet stall that Plaintiff cannot enter and cannot use due to the
4  inaccessible size and configuration of the stall and toilet.

5          14.    Plaintiff is a frequent visitor to the Library and has been unable
6  to use the public restrooms during any of his visits because he is disabled and a
7  wheelchair user who cannot use inaccessible restrooms facilities. Plaintiff's visit the
8  Library approximately three to five times a month and participates in Library
9  programs and activities, including the "Read to Dogs" program at the library which
10 he attends with his service dog.  Plaintiff has been forced to leave the Library, or
11 been deterred from going to the Library, on numerous occasions during the last two
12 years preceding this complaint due to his inability to use the inaccessible restroom
13 facilities.  On information and belief, there are no accessible public restrooms at any
14 of the public buildings in the complex housing the Library, the Placentia City Hall
15 or Placentia Police Station for Plaintiff to use when visiting the Library.

16         15.    Modification of policies and procedures: On information and
17 belief, Defendants have discriminated against Plaintiff by excluding him from the
18 benefits of the services, programs and activities offered by Defendants on the
19 basis of his disability.  Defendants have also failed to reasonably modify their
20 policies, practices and services as necessary to avoid discrimination against
21 persons with disabilities.  When notified by Plaintiff that the restrooms were
22 completely inaccessible to him, Defendants informed him that the restrooms were
23 renovated and were designated as "accessible."  Defendants failed to modify their
24 policies or procedures to accommodate Plaintiff when they decided not to remove
25 barriers at the Library.

26         16.    Notice to Respondents:  Plaintiff has repeatedly informed
27 Defendant District that the public restrooms in the Library were inaccessible to

28

BARNOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages                                    — 7 —

him and other wheelchair users, and that he was being deterred from enjoying the programs offered at the Library.  Defendants have been on notice of the inaccessible facilities and discriminatory policies that deny, exclude and bar Plaintiff's full and equal participation in Defendants' programs, services and activities in a readily accessible manner, and have failed to stop the discrimination, despite actual notice of the inaccessible conditions, and discriminatory policies, demonstrating Defendants' deliberate indifference and/or intentional discrimination toward Plaintiff.

17.    Due to Respondents' refusal to operate its programs and services in a manner that is readily accessible to Plaintiff and other persons with disabilities, and their refusal to remove access barriers to the Placentia Library after being made aware of the problems, Plaintiff has been deterred from using the public facilities, has suffered physical discomfort due to his inability to use the restrooms, and has been forced to leave the Library to locate an accessible restroom elsewhere.  Plaintiff has suffered damages and continues to suffer damages by being denied access to, and by being regularly deterred from using the public restrooms at the Library, and continuing until such time as Defendants comply with state and federal law for the protection of persons with disabilities. Plaintiff has the right to seek damages against Defendants under California state law and under Title II of the ADA.  The amount of damages has not yet been determined, but may include statutory and compensatory damages, attorney fees, litigation expenses, and costs.

**FIRST CAUSE OF ACTION:**

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1068

Complaint for Injunctive Relief and Damages

— 8 —

## DISCRIMINATION IN VIOLATION OF TITLE II OF THE AMERICANS WITH DISABILITIES ACT OF 1990
### (Against Public Entity Defendants)

18.    Plaintiff repleads and incorporates by reference, as if fully set forth hereafter, the allegations contained in Paragraphs 1 through 17 of this complaint as if separately repled.

19.    At all times herein mentioned, Plaintiff was entitled to the protections of the "Public Services" provisions of Title II of the ADA, Subpart A which prohibits discrimination by any "public entity as defined by 42 USC §12131." Pursuant to 42 USC 12132, § 202 of Title II, "no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs or activities of a public entity, or be subjected to discrimination by such entity." Defendant District and Does 1-10 were and are such public entities. Plaintiff was at all times relevant wherein a "qualified individual with a disability" for all purposes under the ADA and Section 504.

20.    On information and belief, Defendants have failed in their responsibilities under Title II to provide their services, programs and activities in a full and equal manner to disabled persons as described hereinabove, including but not limited to: failure to ensure that all programs, services and activities offered at the Placentia Library are readily accessible to and usable by persons with disabilities; and failure to remove architectural or programmatic barriers that Defendants have been notified are in violation of California state building codes and of Title II of the ADA. As a proximate result of Defendants' actions and omissions, Defendants have discriminated against Plaintiff, in violation of Title II,

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages                          — 9 —

1    and of the regulations adopted to implement the ADA.

2         21.    On information and belief, Defendants have failed to comply _

3    with their obligation to conduct a self-evaluation to evaluate each of their programs,

4    services and activities, and to determine if physical and programmatic barriers exist

5    that deter, deny or exclude disabled persons from obtaining the benefit of and

6    participation in Defendants programs, service and activities.  Further, Defendants

7    have failed to prepare a "transition plan" that complies with obligations under Title

8    II regulations, and which provides yearly budgets for necessary barrier removal in

9    violation of Title II and the regulations promulgated to enforce Plaintiff's rights.

10        22.    As a result of such discrimination, in violation of §202 of the

11   ADA, Plaintiff is entitled to the remedies, procedures and rights provided for in

12   Title II.  Plaintiff also seeks injunctive relief to require Defendants to remove the

13   architectural and programmatic barriers to access complained of, and to provide all

14   remedies, and statutory attorneys fees, litigation expenses and costs, including those

15   remedies specified by § 203 and §505 of the ADA and by California Code of Civil

16   Procedure §1021.5, according to proof.

17        23.    Injunctive Relief - To the date of filing this complaint,

18   Defendants continue to deter, exclude and deny Plaintiff the benefits of the

19   programs, services and activities offered by Defendants to the general public at the

20   inaccessible public facilities described herein.  Plaintiff requests that the court

21   order an injunction requiring Defendants to take prompt action to remove barriers,

22   at the Placentia Library facilities and to modify their policies and procedures to

23   operate their programs, services and activities, in a manner that is readily accessible

24   to and usable Plaintiff and other similarly situated physically disabled persons.

25        Wherefore, Plaintiff prays that the court grant relief as requested

26   hereinbelow.

27   ///

28   ///

BARBARA GROOP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9008
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages                                    – 10 –

**SECOND CAUSE OF ACTION:**
**VIOLATION OF §504 OF THE REHABILITATION ACT OF 1973**

24.    Plaintiff repleads and incorporates by reference, as if fully set forth hereafter, the allegations contained in Paragraphs 1 through 23 of this complaint and incorporates them herein as if separately repled.

25.    Defendant District and DOES 1- 10 are governmental agencies existing under the laws of the State of California with responsibility for operating each of their programs, services and activities in any District-owned, operated, controlled, and/or managed public facilities in a manner that is readily accessible to and usable by Plaintiff and other persons with disabilities.  Plaintiff is informed and believes and therefore alleges that Defendant District and DOES 1-10 are recipients of Federal financial assistance and that part of that financial assistance is used to fund the operation, construction and/or maintenance of the programs, services and activities offered to the general public, but which are denied to Plaintiff on the basis of disability.

26.    By their actions or inactions in denying to Plaintiff his rights to have equal access to and equal benefits of the programs, activities and services offered to able-bodied persons, and by otherwise discriminating against Plaintiff solely by reason of his physical disability, Defendants have violated Plaintiff's civil rights.  Plaintiff's seeks, 1) damages for denial of his Civil Rights, and for physical, mental and emotional injury, all to his damages according to proof;  2) an injunctive relief order requiring Defendants to remove access barriers at the Library, and to modify policies and practices to ensure that all of Defendants' programs, services and activities are operated in a manner that is readily accessible to and usable by persons with disabilities so that Plaintiff will not continue to be discriminated against and/or deterred from visiting the Library and participating in the programs, services and activities offered by the District; and, 3) recovery of reasonable

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages

— 11 —

1   statutory attorney fees, litigation expenses and costs of bringing this enforcement

2   action.

3       27.    Plaintiff has no adequate remedy at law, and unless the relief

4   requested herein is granted, Plaintiff will continue to suffer irreparable injury by the

5   deprivation of his rights as described herein.

6       Wherefore, Plaintiff prays the court grant relief as requested,

7   hereinbelow.

8   ### THIRD CAUSE OF ACTION: VIOLATION OF
9   ### CALIFORNIA CIVIL CODE §51, 54 and §54.3

10      28.    Plaintiff repleads and incorporates by reference, as if fully set

11  forth hereafter, the factual allegations contained in Paragraphs 1 through 27 of this

12  complaint and incorporates them herein as if separately repled.

13

14      29.    At all times relevant to this complaint, California Civil Code

15  §51 and §54.1 has provided that disabled persons "are entitled to the full and

16  equal" access to accommodations, advantages, facilities, privileges, or services

17  without discrimination.

18      30.    At all times relevant to this complaint, California Civil Code

19  §54 has provided that disabled persons "have the same right as the general public

20  to the full and free use of the streets, highways, sidewalks, walkways, public

21  buildings, medical facilities, including hospitals, clinics, and physicians' offices,

22  public facilities, and other public places.

23      31.    Further, effective January 1, 1992, any violation of the ADA,

24  (as pled herein above, the contents of which are repled and incorporated herein,

25  word for word, as if separately repled), also constitutes a violation of California

26  Civil Code § 51, §54(c) and §54.1(d), independently justifying an award of

27  damages and injunctive relief pursuant to California law.  Plaintiff alleges that he

28  has been continually denied such full and equal access since at least January

2007, and continuing until such time as Defendants provide proper access to

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages                         − 12 −

1  their public facilities.

2        32.    As the result of Defendants' acts and omissions, Plaintiff was

3  denied readily accessible programs, services, and activities and his rights to full

4  and equal access to public buildings and related facilities, and public property in

5  violation of his rights under California Civil Code §51, §54 and 54.1, and

6  suffered damages as described.  Plaintiff is entitled to the relief and remedies of

7  Civil Code §52, or §54.3, including damages, treble damages, and attorneys' fees,

8  litigation expenses and costs.  Plaintiff is also entitled to recovery of all

9  reasonable attorneys' fees, litigation expenses, and costs incurred, pursuant to the

10  provisions of §1021.5 of the California Code of Civil Procedure for enforcing an

11  important public right.

12        WHEREFORE, Plaintiff prays that this court grant relief as

13  requested herein below.

14

## FOURTH CAUSE OF ACTION: VIOLATION OF
## CALIFORNIA GOVERNMENT CODE §11135 and §4450 *et seq.*

15

16

17        33.    Plaintiff repleads and incorporates by reference, as if fully set

18  forth hereafter, the factual allegations contained in Paragraphs 1 through 32 of this

19  complaint and incorporates them herein as if separately repled.

20        34.    Plaintiff is informed and believes and thereupon alleges that

21  Defendants discriminate against persons with disabilities in violation of California

22  Government Code §11135, which prohibits discrimination against persons with

23  disabilities in any "program or activity that is conducted, operated, or administered"

24  by state agency that receives funds from the State of California.  On information

25  and belief, Defendants obtain funds from the State of California to operate or

26  administer the programs or activities complained of by Plaintiff.

27        35.    Pursuant to the authority delegated by Government Code §4450,

28  *et seq.*, the State Architect promulgated building code regulations establishing

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-0006
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages               — 13 —

1  disabled access standards for any construction, alterations, or modifications of
2  public buildings, facilities, or property occurring after January 1, 1982, known as
3  "Title 24-2." Construction, or alterations occurring prior to 1982, but after July 1,
4  1968 were required to comply with requirements pursuant to the American
5  Standards Association Specifications, A117.1-1961 ("ASA"). On information and
6  belief, Defendants have constructed, modified, and/or altered the Library and its
7  related facilities, and/or property in violation of ASA and/or Title 24-2 standards in
8  effect at the time of each such construction, alteration or modification.

9      36.   Plaintiff is informed and believes and therefore alleges that the
10  Library facilities are owned, operated, controlled and maintained by Defendant
11  District and Does 1-10, which are "buildings" and "structures" within the meaning
12  of California Government Code §§4450 *et seq*. Plaintiff is further informed and
13  believes and thereon alleges that Defendant District and Does 1-10, have designed,
14  constructed, altered, or repaired parts the buildings, structures, and/or related
15  facilities since 1968 within the meaning of Government Code §§4450 *et seq*.,
16  thereby requiring full and equal access, as required by law, and reasonable statutory
17  attorney fees, litigation expenses and costs, including but not limited to public
18  interest attorney fees pursuant to California Code of Civil Procedure § 1021.5.

19      37.   As a proximate result of Defendants' acts and omissions
20  Defendants have violated of Government Code §§4450 *et seq.,* and of Title 24-2
21  regulations adopted to implement to protect the rights of Plaintiff and other persons
22  with disabilities.

23      38.   Plaintiff has no adequate remedy at law, and unless the relief
24  requested herein is granted, Plaintiff will continue to suffer irreparable harm as a
25  result of Defendants' willful, knowing and intentional failure to fulfill their
26  obligations to operate their programs, services and activities in a readily accessible
27  manner, and by failing to remove known architectural barriers to disabled access at
28  public accommodations and related facilities in the Placentia Library.

BARROSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-8006
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages — 14 —

39. As a result of Defendants' acts and omissions, Plaintiff has been required to incur legal expenses and attorney fees. Plaintiff therefore seeks recovery of all reasonable attorneys' fees and costs, pursuant to the provisions of Civil Code §52 or in the alternative §54.3. Additionally, Plaintiff's lawsuit is intended not only to obtain compensation for damages to Plaintiff, but also to require the Defendants to make their facilities accessible to all disabled members of the public, justifying "public interest" attorneys' fees pursuant to the provisions of California Code of Civil Procedure §1021.5.

40. Request for Injunctive Relief: Defendants' acts and omissions as complained herein are continuing on a day-by-day basis to have the effect of wrongfully discriminating against Plaintiff and other members of the public who are physically disabled wheelchair users from full and equal access to Defendants public accommodations and related public facilities, and exclude Plaintiff from the public accommodations offered to the general public. Plaintiff is unable, so long as such acts and omissions of Defendants continue, to achieve equal access to and use of these public facilities. The acts of Defendants have proximately caused and will continue to cause Plaintiff irreparable injury if not enjoined by this court.

41. Wherefore, Plaintiff asks this court to preliminarily and permanently enjoin any continuing refusal by Defendants to remove access barriers and to require Defendants to comply forthwith with the applicable statutory requirements relating to access for disabled persons. California Civil Code §52 and/or §55 provide for such injunctive relief against Defendants.

Wherefore Plaintiff prays for damages and injunctive relief as hereinafter stated:

///

///

///

BARROSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9066
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages

— 15 —

1

## PRAYER FOR RELIEF

2      WHEREFORE, Plaintiff prays that this Court:

3          1.      Issue an order requiring Defendant District to promptly prepare

4  a self-evaluation and transition plan that complies with Title II and the Department

5  of Justice regulations promulgated to enforce the ADA;

6          2.      Issue a preliminary and permanent injunction directing

7  Defendants to remove barriers at the Placentia Library;

8          3.      Issue a preliminary and permanent injunction enjoining

9  Defendant District's discriminatory policies and practices in the design,

10  construction and maintenance of its public accommodations and related facilities,

11  and to modify their programs, services and activities to ensure that each program,

12  service and activity is operated in a manner that is readily accessible to and usable

13  by persons with disabilities;

14          4.      Retain jurisdiction over each of the Defendants until such time

15  as the Court is satisfied that Defendants' unlawful policies, practices, acts and

16  omissions complained of no longer exist, and will not, recur;

17          5.      Award Plaintiff all appropriate damages, including but not

18  limited to statutory damages, general damages and special damages in an amount

19  within the jurisdiction of the Court, according to proof.

20          6.      Award to Plaintiff all litigation expenses and costs of this

21  proceeding, and all reasonable attorneys' fees as provided by law; and

22          7.      Grant such other and further relief as this Court may deem just

23  and proper.

24  ///
///
25  ///

26

27

28

BARROSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1080

Complaint for Injunctive Relief and Damages                    — 16 —

1   Dated: December 20, 2008        PATRICIA BARBOSA
                                      BARBOSA GROUP

2

3                                      JORDON METZ
                                     MARGARET BYRNE IKEDA
                                     GOODMAN & METZ

4

5                                      *P Barbosa*

6                                      Attorneys for Plaintiff-DENNIS SHARP

7

8

9                             **DEMAND FOR JURY TRIAL**

10                Plaintiff hereby demands a jury for all claims for which a jury is

11   permitted.

12

13

14   Dated: December 20, 2008        PATRICIA BARBOSA
                                        BARBOSA GROUP

15                                      JORDON METZ
                                     MARGARET BYRNE IKEDA

16                                      GOODMAN & METZ

17

18                                      *P Barbosa*

19                                      Attorneys for Plaintiff
                                     DENNIS SHARP

20

21

22

23

24

25

26

27

28

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9056
FAX (949) 369-1060

Complaint for Injunctive Relief and Damages                    — 17 —